UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIV19-*4052* |
| Plaintiff, | CIVIL FORFEITURE COMPLAINT IN REM |
| vs. | |
| $10,000 SEIZED FROM WELLS FARGO BANK ACCOUNT #XXXXXX5434, IN THE NAME OF RAGS4LESS, LLC., | |
| Defendant. | |

Plaintiff, United States of America, by its attorneys, Ronald A. Parsons,

Jr., United States Attorney for the District of South Dakota, and Stephanie C.

Bengford, Assistant United States Attorney, brings this complaint and alleges

as follows in accordance with Rule G(2) of the Supplemental Rules for

Admiralty or Maritime Claims and Asset Forfeiture Actions:

### NATURE OF THE ACTION

1. This is an action in rem to forfeit and condemn to the use and benefit

of the United States of America the defendant properties described below in

connection with violations of 18 U.S.C. §§ 981(a) and (b) and 21 U.S.C.

§§ 881(a) and (b) concerning violations of 18 U.S.C. § 1956[1] and 21 U.S.C. §

---

[1] *See* 18 U.S.C. § 1956(c)(7) defining a specified unlawful activity to include 18
U.S.C. § 1961(1).  18 U.S.C. § 1956(c)(7)(A).  18 U.S.C. § 1961(1)(D) lists the
"felonious manufacture, importation, receiving, concealment, buying, selling or

841.  The properties are subject to forfeiture pursuant to 18 U.S.C.  §§ 981(a)(1)(A) and (C), 981(b); and 21 U.S.C. §§  853(a)(1), 881(a)(6), 881(b) and 28 U.S.C. § 2461(a).

## DEFENDANT PROPERTY

2.  The following property is subject to forfeiture:  Funds in the approximate amount of $10,000.00 seized on or about May 21, 2018, from Wells Fargo Bank, Account No. XXXXXX5434, with the bank account in the name of "Rags4Less, LLC" and are currently held by the Department of Treasury in the Treasury Suspense Account.

## JURISDICTION AND VENUE

3.  This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).  This Court also has jurisdiction over this particular action under 21 U.S.C. § 881(a).

4. This Court has in rem jurisdiction over the defendant property under 28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in this district.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1)(A) because the acts or omissions giving rise to the forfeiture occurred in this district; pursuant to 21 U.S.C. § 881(j) because this action is in the judicial district where a defendant owning the property is found or judicial district in

---

otherwise dealing in a controlled substance or listed chemical (as defined in section 102 of the Controlled Substances Act), punishable under any law of the United States."

which the criminal prosecution is brought; and pursuant to 28 U.S.C. § 1395

because the cause of action accrued in this district or a defendant is found in

this district.

## BASIS FOR FORFEITURE

6. The defendant property is subject to forfeiture pursuant to the

following: Pursuant to 21 U.S.C. § 881(a)(6) because it constitutes 1) monies

furnished or intended to be furnished by any person in exchange for a

controlled substance or listed chemical in violation of the Controlled

Substances Act, 2) proceeds traceable to such an exchange, or 3) money used

or intended to be used to facilitate a violation of the Controlled Substances Act.

It is also subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C)

because it constitutes property involved in a transaction or an attempted

transaction in violation of 18 U.S.C. §§ 1956(a), (h) or property traceable to

such property or because it constituted or is derived from proceeds of a

violation of 21 U.S. C. §§ 813, 841 or 846.

## FACTS

7. The facts in support of this forfeiture action are set out in the Affidavit

of Corey Vickery, Special Agent with the Internal Revenue Service, Criminal

Investigation Division (IRS-CID), attached hereto as Exhibit A and incorporated

herein by reference.

## CLAIM FOR RELIEF

WHEREFORE, the United States prays that the Court order that the

defendant property be forfeited to the United States, that the Court award the

United States costs and disbursements in this action, and that the Court award such other and further relief as this Court deems proper and just.

Dated this 4th day of March, 2019.

RONALD A. PARSONS, JR.
United States Attorney

STEPHANIE C. BENGFORD
Assistant U.S. Attorney
PO Box 2638
Sioux Falls, SD 57101-2638
Phone: 605.357.2341
Stephanie.Bengford@usdoj.gov

## **VERIFICATION**

I, Special Agent Corey Vickery, hereby verify and declare under penalty of perjury that I am a Special Agent with the Internal Revenue Service, Criminal Investigation Division (IRS-CID), that I have read the foregoing Verified Complaint *in rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent of the IRS-CID.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated the 4th day of March, 2019.



Corey Vickery, Special Agent
Internal Revenue Service
Criminal Investigation Division

Subscribed and sworn to before me this
4th day of March, 2019.

Notary Public *South Dakota
My Commission expires: 9-2-20

CECILE REYNOLDS
NOTARY PUBLIC
SOUTH DAKOTA

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
$10,000 Seized from Wells Fargo Bank Account #XXXXXX5434, in the Name of Rags4Less, LLC.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Dallas
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Stephanie Bengford, AUSA

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government Plaintiff

☐ 3  Federal Question *(U.S. Government Not a Party)*

☐ 2  U.S. Government Defendant

☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | Exchange ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
18 U.S.C. 981 and 21 U.S.C. 853
Brief description of cause:
Forfeiture of $10,000

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE  Karen E. Schreier
DOCKET NUMBER  4:17-cr-40106-KES

DATE  03/04/2019
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____